

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 25, 2025

<u>VIA ECF</u>
The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    <u>United States v. Nydira Adams</u>, 25 Mag. 3649

Dear Judge Figueredo:

The Government writes to respectfully request that the Court schedule an initial appearance in the above-captioned case.  On or about November 17, 2025, the Honorable Robyn F. Tarnofsky, United States Magistrate Judge for the Southern District of New York, authorized a complaint charging the defendant with one count of conspiracy to commit wire fraud and one count of aggravated identity theft.  That same day, Judge Tarnofsky also authorized a warrant for the defendant's arrest.  The defendant was arrested on November 19, 2025 in the Northern District of Florida, where she resides.  The defendant was presented before the Honorable Martin A. Fitzpatrick, United States Magistrate Judge for the Northern District of Florida, that same day, and was released on bail subject to conditions.  The Government and the defense are available on Wednesday November 26, as well as from Tuesday, December 2, 2025 through Thursday, December 4, 2025 for the initial appearance.

Respectfully submitted,

JAY CLAYTON
United States Attorney

:    *Brandon C. Thompson*
    Brandon C. Thompson
    Assistant United States Attorney
    (212) 637-2444

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
        DATED: 11-25-2025

The defendant is directed to report to the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, NY, on Wednesday, December 3, 2025 at 8:30 a.m.